UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN ATTERBERRY,<br><br>      Plaintiff,<br><br>-against-<br><br>NORTHSTAR LOCATION SERVICES, LLC,<br><br>      Defendant. | **NOTICE OF SETTLEMENT**<br><br>Case: 1:10-cv-00280-WMS |

  NOW COMES the Plaintiff, STEPHEN ATTERBERRY, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

  Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                RESPECTFULLY SUBMITTED,

                By:__/s/ Adam T. Hill_____
                Adam T. Hill,
                Attorney for Plaintiff
                Krohn & Moss, Ltd.
                120 W. Madison St., 10th Fl.
                Chicago, IL 60602
                phone: (312) 578-9428
                fax: (866) 802-0021
                e-mail: ahill@consumerlawcenter.com